UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURA MARIA ACABAL RAMOS,<br><br>      Petitioner,<br><br>      v.<br><br>WARDEN OF ADELANTO DETENTION FACILITY, et al.,<br><br>      Respondents. | Case No. 5:25-02649-WLH (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. No. 1), Petitioner's Response to the Order to Show Cause Re: Mootness (Dkt. No. 14), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 16), and all the records and files herein.  Petitioner did not file objections to the Report and Recommendation, and the deadline to do so has passed.  The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, it is hereby **ORDERED**:

1.  The Report and Recommendation is accepted, (Dkt. No. 16);

2.  The Petition is denied as moot, and the action is dismissed; and

3.  Judgment is to be entered accordingly.

Dated: May 4, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2