JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MAURA MARIA ACABAL RAMOS,

                    Petitioner,

          v.

WARDEN OF ADELANTO DETENTION FACILITY, et al.,

                    Respondents.

Case No. 5:25-02649 WLH (ADS)

JUDGMENT

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court adjudges the action dismissed.

Dated: May 4, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE